✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>Northern District Eastern Divsion |
|---|---|
| **DOCKET NO.** 26cv6560    **DATE FILED** 6/3/2026 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Adrian Keith Chesterman | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| [1] SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>T. BRUTON | (BY) DEPUTY CLERK<br>NF | DATE<br>6/4/2026 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court      5) Case File Copy

Exhibit 1

# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-444-991

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | 28045 World Landmarks Globe |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | March 31, 2016 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| ●    **Author:** | Adrian Keith Chesterman |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adrian Keith Chesterman <br> Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street <br> London SWH148HL United Kingdom |

## Certification



# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-444-985

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

**Title** _____

| | |
|---|---|
| **Title of Work:** | 22098 Space Odyssey |

**Completion/Publication** _____

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | August 01, 2012 |
| **Nation of 1st Publication:** | United Kingdom |

**Author** _____

| | |
|---|---|
| **Author:** | Adrian Keith Chesterman |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

**Copyright Claimant** _____

| | |
|---|---|
| **Copyright Claimant:** | Adrian Keith Chesterman |
| | Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

**Rights and Permissions** _____

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

**Certification** _____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-061

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title
_____

      **Title of Work:** 21558 Savanna Pool

## Completion/Publication
_____

      **Year of Completion:** 2013
      **Date of 1st Publication:** August 01, 2013
      **Nation of 1st Publication:** United Kingdom

## Author
_____

-       **Author:** Adrian Keith Chesterman
      **Author Created:** 2-D artwork
      **Citizen of:** United Kingdom

## Copyright Claimant
_____

      **Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions
_____

      **Organization Name:** MGL Licensing
      **Name:** Adam Meiklejohn
      **Email:** adam@mglart.com
      **Telephone:** +4402083928010
      **Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-444-988

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

## Title

| | |
|---|---|
| **Title of Work:** | 23693 Our Solar System |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | October 01, 2014 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Adrian Keith Chesterman |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adrian Keith Chesterman |
| | Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-444-990

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title
_____

**Title of Work:** 27398 Planets in Space (Variant 1)

## Completion/Publication
_____

**Year of Completion:** 2016
**Date of 1st Publication:** March 31, 2016
**Nation of 1st Publication:** United Kingdom

## Author
_____

- **Author:** Adrian Keith Chesterman
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant
_____

**Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions
_____

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-444-999

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | 15994 Dolphin girl |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2002 |
| **Date of 1st Publication:** | April 17, 2012 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Adrian Keith Chesterman |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adrian Keith Chesterman |
| | Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification

Page 1 of 2



© Adrian Chesterman 2002

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-070

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
June 09, 2025

---

## Title
 

| | |
|---|---|
| **Title of Work:** | 16045 Sunlit sanctuary |

## Completion/Publication
 

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | November 01, 2011 |
| **Nation of 1st Publication:** | United Kingdom |

## Author
 

| | |
|---|---|
| • **Author:** | Adrian Keith Chesterman |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant
 

| | |
|---|---|
| **Copyright Claimant:** | Adrian Keith Chesterman |
| | Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

## Rights and Permissions
 

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification
 



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-445-084

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

## Title

| | |
|---|---|
| **Title of Work:** | 16053 Midnight Lighthouse |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | August 01, 2012 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Adrian Keith Chesterman |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adrian Keith Chesterman |
| | Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-444-989

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

## Title

| | |
|---|---|
| Title of Work: | 23772 Underwater Scene |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2013 |
| Date of 1st Publication: | May 07, 2013 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| • Author: | Adrian Keith Chesterman |
| Author Created: | 2-D artwork |
| Citizen of: | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Adrian Keith Chesterman<br>Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | MGL Licensing |
| Name: | Adam Meiklejohn |
| Email: | adam@mglart.com |
| Telephone: | +4402083928010 |
| Address: | 61 Mortlake High Street<br>London SWH148HL United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-445-001**

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

## Title
___

| | |
|---|---|
| **Title of Work:** | 35205 Halloween Spooky Pumpkins |

## Completion/Publication
___

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | November 01, 2018 |
| **Nation of 1st Publication:** | United Kingdom |

## Author
___

| | | |
|---|---|---|
| • | **Author:** | Adrian Keith Chesterman |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | United Kingdom |

## Copyright Claimant
___

| | |
|---|---|
| **Copyright Claimant:** | Adrian Keith Chesterman |
| | Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

## Rights and Permissions
___

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification
___

**Name:** David Denholm
**Date:** January 27, 2025
**Applicant's Tracking Number:** AC2025012724

---

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-444-986

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title
 

      **Title of Work:**   23375 Noah's Ark (Variant)

## Completion/Publication
 

     **Year of Completion:**   2014
     **Date of 1st Publication:**   August 01, 2014
     **Nation of 1st Publication:**   United Kingdom

## Author
 

-       **Author:**   Adrian Keith Chesterman
     **Author Created:**   2-D artwork
     **Citizen of:**   United Kingdom

## Copyright Claimant
 

     **Copyright Claimant:**   Adrian Keith Chesterman
     Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions
 

     **Organization Name:**   MGL Licensing
     **Name:**   Adam Meiklejohn
     **Email:**   adam@mglart.com
     **Telephone:**   +4402083928010
     **Address:**   61 Mortlake High Street
     London SWH148HL United Kingdom

## Certification
 

