**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ADRIAN KEITH CHESTERMAN,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-06560

Judge Elaine E. Bucklo

Magistrate Judge Young B. Kim

**<u>DECLARATION OF ADRIAN KEITH CHESTERMAN</u>**

I, ADRIAN KEITH CHESTERMAN, declare and state as follows:

1.    This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.    I am the artist that creates the Adrian Chesterman Works. I make this declaration from matters within my knowledge save where otherwise stated.

3.    I am a professional illustrator and fine artist. With formal training in both fine art and illustration, I have worked in nearly every sphere of the art world. I have worked on several projects including publicity art for *Jurassic Park*, stage-set art for *Sunset Boulevard*, advertising commissions for Coca Cola and Southern Sun Hotels, as well as video game illustrations for Nintendo. My work also includes illustrated book covers for Jackie Collins, Jack Higgins, and Dick Francis, as well as numerous children's books on dinosaurs and an illustrated children's encyclopedia. More recently, I have focused on the fantasy genre where I create artwork with digital methods to achieve hyper-realistic

1

illustrations with a photographic quality. My work has been exhibited internationally in major galleries and art venues and has been licensed for a number of products including jigsaw puzzles, wall décor, and crafting kits.

4.      I am the official source of products associated with the Adrian Chesterman Works (the "Adrian Chesterman Products"):



https://mglart.com/artist/adrian-chesterman/

5.      I am the owner of the copyright registrations for the Adrian Chesterman copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-444-991; VA 2-444-985; VA 2-445-061; VA 2-444-988; VA 2-444-990; VA 2-444-999; VA 2-445-070; VA 2-445-084; VA 2-444-989; VA 2-445-001; and VA 2-444-986 (the "Adrian Chesterman Works"). True and correct copies of the copyright registrations for the Adrian Chesterman Works are attached hereto as **Exhibit 1**.

6.      I control the quality of all materials and content that feature the distinctive Adrian Chesterman Works.

7.      Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Adrian Chesterman Works. As a result,

2

the images are widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8. The success of the Adrian Chesterman Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Adrian Chesterman Works to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Adrian Chesterman Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Adrian Chesterman Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Adrian Chesterman Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2**.

10. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible,

3

to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Adrian Chesterman Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Adrian Chesterman copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Adrian Chesterman Works and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Adrian Chesterman Works are meant to be exclusive rights.

13. The marketing and distribution of the Adrian Chesterman Works and derivative works are aimed at growing and sustaining sales. When infringers use the Adrian Chesterman Works without authorization, the exclusivity associated with the Adrian Chesterman Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Adrian Chesterman Works create the impression that the copyright rights associated with the Adrian Chesterman Works may be infringed with impunity. The Adrian Chesterman Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Adrian Chesterman Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Adrian Chesterman Works cannot be compensated for financially since it erodes my ability to monetize the Adrian Chesterman Works.

15. I will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2026.

*Adrian Keith Chesterman*
_____
Adrian Keith Chesterman