Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-444-991

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

**Title of Work:** 28045 World Landmarks Globe

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 31, 2016
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Adrian Keith Chesterman
**Author Created:** 2-D artwork
**Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-444-985

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

|  |  |
|---|---|
| **Title of Work:** | 22098 Space Odyssey |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | August 01, 2012 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

|  |  |
|---|---|
| **Author:** | Adrian Keith Chesterman |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Adrian Keith Chesterman |
|  | Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
|  | London SWH148HL United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-061

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title
 

Title of Work: 21558 Savanna Pool

## Completion/Publication
 

Year of Completion: 2013
Date of 1st Publication: August 01, 2013
Nation of 1st Publication: United Kingdom

## Author
 

- Author: Adrian Keith Chesterman
  Author Created: 2-D artwork
  Citizen of: United Kingdom

## Copyright Claimant
 

Copyright Claimant: Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions
 

Organization Name: MGL Licensing
Name: Adam Meiklejohn
Email: adam@mglart.com
Telephone: +4402083928010
Address: 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification
 



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-444-988**

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | 23693 Our Solar System |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | October 01, 2014 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Adrian Keith Chesterman |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adrian Keith Chesterman |
| | Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-444-990**

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

## Title

| | |
|---|---|
| **Title of Work:** | 27398 Planets in Space (Variant 1) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | March 31, 2016 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Adrian Keith Chesterman |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adrian Keith Chesterman |
| | Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-444-999

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | 15994 Dolphin girl |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2002 |
| **Date of 1st Publication:** | April 17, 2012 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

- **Author:** Adrian Keith Chesterman
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adrian Keith Chesterman<br>Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street<br>London SWH148HL United Kingdom |

## Certification



© Adrian Chesterman 2002

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-070

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
June 09, 2025

---

## Title

|  |  |
|---|---|
| **Title of Work:** | 16045 Sunlit sanctuary |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | November 01, 2011 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

|  |  |
|---|---|
| **Author:** | Adrian Keith Chesterman |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Adrian Keith Chesterman |
| | Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-084

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | 16053 Midnight Lighthouse |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | August 01, 2012 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Adrian Keith Chesterman |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adrian Keith Chesterman |
| | Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-444-989

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title
___

        **Title of Work:** 23772 Underwater Scene

## Completion/Publication
___

     **Year of Completion:** 2013
  **Date of 1st Publication:** May 07, 2013
 **Nation of 1st Publication:** United Kingdom

## Author
___

           **Author:** Adrian Keith Chesterman
   **Author Created:** 2-D artwork
       **Citizen of:** United Kingdom

## Copyright Claimant
___

  **Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions
___

 **Organization Name:** MGL Licensing
          **Name:** Adam Meiklejohn
         **Email:** adam@mglart.com
     **Telephone:** +4402083928010
       **Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification
___



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-001

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title
_____

| | |
|---|---|
| **Title of Work:** | 35205 Halloween Spooky Pumpkins |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | November 01, 2018 |
| **Nation of 1st Publication:** | United Kingdom |

## Author
_____

| | |
|---|---|
| • **Author:** | Adrian Keith Chesterman |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Adrian Keith Chesterman |
| | Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

## Rights and Permissions
_____

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification
_____

**Name:** David Denholm
**Date:** January 27, 2025
**Applicant's Tracking Number:** AC2025012724

**Correspondence:** Yes



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-444-986

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | 23375 Noah's Ark (Variant) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | August 01, 2014 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Adrian Keith Chesterman |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adrian Keith Chesterman |
| | Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification

