## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ADRIAN KEITH CHESTERMAN,

      Plaintiff,                             Case No.: 1:26-cv-06560

v.                                      Judge Elaine E. Bucklo

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Young B. Kim
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, June 10, 2026, at 9:45 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means, before the Honorable Judge Elaine E. Bucklo of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Ex Parte Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and Service of Process by Email and/or Electronic Publication, Motion for Leave to File Under Seal, and Motion to Exceed Page Limitation.

DATED: June 4, 2026                  Respectfully submitted,

                                     /s/ Keith A. Vogt
                                     Keith A. Vogt
                                     FL Bar No. 1036084/IL Bar No. 6207971
                                     Keith A. Vogt PLLC
                                     1820 NE 163rd Street, Suite #306
                                     North Miami Beach, Florida 33162
                                     Telephone: 312-971-6752
                                     E-mail: keith@vogtip.com

                                     ***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 4, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt

2