**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ADRIAN KEITH CHESTERMAN,

     Plaintiff,                             Case No.: 1:26-cv-06560

v.                                    Judge Elaine E. Bucklo

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Young B. Kim
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## <u>NOTICE OF MOTION</u>

     **PLEASE TAKE NOTICE** that on Wednesday, August 19, 2026, at 9:45 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means before the Honorable Elaine E. Bucklo of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of a Preliminary Injunction.

     This notice is for tracking purposes only.

DATED: August 13, 2026                  Respectfully submitted,

                                        <u>*/s/ Keith A. Vogt*</u>
                                        Keith A. Vogt
                                        FL Bar No. 1036084/IL Bar No. 6207971
                                        Keith A. Vogt PLLC
                                        1820 NE 163rd Street, Suite #306
                                        North Miami Beach, Florida 33162
                                        Telephone: 312-971-6752
                                        E-mail: keith@vogtip.com

                                        ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 13, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt