**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ADRIAN KEITH CHESTERMAN,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-06560

Judge Elaine E. Bucklo

Magistrate Judge Young B. Kim

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1.      I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, ADRIAN KEITH CHESTERMAN ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.      This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Adrian Keith Chesterman and any email addresses provided for Defendants by third parties that includes a link to said website.

3.      I hereby certify that on August 13, 2026, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Minute Entry [20], Preliminary Injunction Motion, Memorandum in Support of Preliminary Injunction, and Notice of Motion for Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon Payments, Inc. ("Amazon"), Walmart Inc.

("Walmart"), and Temu, LLC ("Temu") marketplaces, as identified and provided for Defendants by third parties.

4.      I hereby certify that on or before August 13, 2026, I electronically published the Complaint, TRO, Minute Entry [20], and Summons on a website. I hereby certify that I will electronically publish the Preliminary Injunction Motion, Memorandum in Support of Preliminary Injunction, and Notice of Motion for Preliminary Injunction on said website.

5.      I hereby certify that on August 13, 2026, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Minute Entry [20], Preliminary Injunction Motion, Memorandum in Support of Preliminary Injunction, and Notice of Motion for Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon, Walmart, and Temu marketplaces, as identified and provided by third parties for Defendants, that includes a link to said website.

6.      The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2026.

/s/ Keith A. Vogt
Keith A. Vogt
*Counsel for Plaintiff*

2