BC

FILED
9/4/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ADRIAN KEITH CHESTERMAN,
Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE “A”,
Defendants.

Case No. 1:26-cv-06560
Judge Elaine E. Bucklo

**DEFENDANT SATTNO1’S MOTION FOR EXTENSION OF TIME TO RESPOND AND OPPOSITION TO ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Defendant SATTNO1, appearing pro se, respectfully requests additional time to respond to the Complaint and respectfully opposes the entry of default and default judgment.

1. Defendant is an individual residing in Japan and is proceeding without an attorney.
2. Defendant does not speak English and has been attempting to understand the United States federal court process from Japan.
3. Defendant has not intentionally ignored this lawsuit. Defendant has been communicating with Plaintiff’s counsel regarding the allegations and a possible settlement.
4. Defendant did not receive any cease-and-desist letter or other advance notice regarding the accused listing before this lawsuit was filed. Defendant first became aware of the allegations through an email from Plaintiff’s counsel on or about August 14, 2026.
5. Plaintiff’s counsel provided Defendant with a proposed settlement agreement on September 3, 2026, and the parties have communicated regarding settlement terms.

6. The proposed settlement agreement states that Defendant had no inventory and zero sales of products marked with Plaintiff's Works.
7. Defendant did not create the Amazon product detail page or upload the accused image. Defendant's seller account was added to an existing Amazon product detail page through a third-party e-commerce listing system.
8. Defendant's Amazon store is currently inactive, and Defendant currently has no sales revenue from the Amazon store.
9. Defendant is unable to afford U.S. counsel and has sought pro se assistance.
10. Defendant learned that Plaintiff filed a Motion for Entry of Default and Default Judgment on September 4, 2026. Defendant wishes to defend this action and does not intend to abandon or ignore the case.
11. Defendant respectfully requests additional time to obtain pro se assistance and prepare an appropriate response to the Complaint.

**WHEREFORE**, Defendant respectfully requests that the Court deny or defer Plaintiff's request for entry of default and default judgment and grant Defendant thirty (30) additional days to respond to the Complaint, or such other relief as the Court deems appropriate.

Respectfully submitted,

s/ KOU ARAKI
KOU ARAKI
Defendant, pro se
Seller Name: SATTNO1
Date: September 5, 2026